**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | |
| | * | NO: 4:98CR00251 SWW |
| GREGORY HOUSTON HOLT | * | |
| | * | |
| | * | |

## ORDER

Before the Court is Defendant Gregory Houston Holt's motion requesting that the Court supply him copies of ten documents filed in this closed criminal case. Holt, who is currently incarcerated at the Arkansas Department of Correction, states that he is without funds and requires the requested copies to prosecute his appeal filed in *Holt v. Hobbs*, No. 5:12CV00453-BSM (E.D. Ark.), a habeas case filed pursuant to 28 U.S.C. § 2254. Holt's applications for a certificate of appealability and leave to appeal *in forma pauperis* in the habeas proceeding are currently before the Eighth Circuit. Furthermore, the *in forma pauperis* statute, 28 U.S.C. § 1915, allows for the waiver of prepayment of filing fees, but it does not require that a court provide indigent litigants copies of filed documents at no cost. The Court finds that the motion for copies (ECF No. 85) should be and it is hereby DENIED.

IT IS SO ORDERED THIS 18TH DAY OF APRIL, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE